1102

No. 91–6394.  LIERA-JUAREZ v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 91–6397.  NICHOLS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–6414.  FOX v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 91–6424.  MORGAN v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 91–6425.  PAVLICO v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–6430.  RICANO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–6449.  TANNER v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 91–6454.  ALLEN v. MADIGAN, SECRETARY OF AGRICULTURE.  C. A. 8th Cir.  Certiorari denied.

No. 91–6457.  HALL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–6484.  GREEN v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 91–6492.  BASEMORE v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 91–6495.  TAYLOR v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–6496.  CHASE v. PETERSON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–6504.  MARTIN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–6512.  TRACY ET AL. v. CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Los Angeles.  Certiorari denied.

No. 91–6519.  MCBRIDE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.